```
Priority    X
Send        X
Enter       X
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___
```

FILED
CLERK, U.S. DISTRICT COURT
DEC 20 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

KYURKJIAN, et al., individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

AXA, S.A., et al.,

OUZOUNIAN, et al., individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

AXA, S.A., et al.,

    Defendants.

CASE NO.: CV 02-01750 CAS (Mcx)
c/w CV 05-2596 CAS (Mcx)

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 21 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____

**AMENDMENT TO FINDINGS AND ORDER PRELIMINARILY APPROVING SETTLEMENT OF CLASS ACTIONS AND DIRECTING THE ISSUANCE OF NOTICE TO THE CLASS**

Final Fairness Hearing: May 15, 2006
Time: 10:00 a.m.
Courtroom 5
Hon. Christina A. Snyder

The FINDINGS AND ORDER PRELIMINARILY APPROVING SETTLEMENT OF CLASS ACTIONS AND DIRECTING THE ISSUANCE OF NOTICE TO THE CLASS, signed on November 21, 2005 and filed on November 23, 2005 is hereby amended as follows:

59

Paragraph 15 is amended as follows:

Notice. Notice in the form filed with the Court as Exhibit A to the Settlement Agreement (the "Class Notice") shall be published for a period of six (6) weeks beginning no sooner than 30 days after the District Court grants preliminary approval of the Settlement as follows: every other week in (1) USA Today and the (2) Wall Street Journal, and once a week in (3) Armenian Mirror-Spectator - USA, (4) Armenian Observer - USA, (5) Armenian Reporter - USA, (6) Armenian Weekly - USA, (7) Asbarez Armenian Daily - USA, (8) California Courier, (9) Hairenik Weekly - USA, (10) Nor Hayastan - USA, (11) Aztag - Lebanon, (12) Ararat Daily - Lebanon, (13) Haratch - France, (14) Yerkir - Armenia, (15) Azg - Armenia, (16) Agos – Turkey, (17) Alik Daily – Iran, and (18) Armenia – Argentian. The Class Notice so published shall direct potential Settlement Class members to an Internet website (the "Settlement Web Site") from which they may download and/or print a more detailed, comprehensive notice in the form attached to the Settlement Agreement as Exhibit E1 (the "Supplemental Class Notice"). The Settlement Web Site shall be established and in operation, and the Supplemental Class Notice posted thereon, no later than the date of first publication of the Class Notice. The expenses associated with publishing the Class Notice, establishing and maintaining the

1 | Settlement Web Site, and posting the Supplemental Class Notice thereon,
2 | shall be paid out of the Cost Fund, as defined in the Settlement Agreement.

3 | **IT IS SO ORDERED.**

4 |
5 | Dated: December 20, 2005

_Christina A. Snyder_
HON. CHRISTINA A. SNYDER

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 350 S. Grand Ave. 39th Fl., Los Angeles, CA 90071, (213) 217-5000.

On December 20, 2005, I served the foregoing document described as **AMENDMENT TO FINDINGS AND ORDER PRELIMINARILY APPROVING SETTLEMENT OF CLASS ACTIONS** on the interested parties in this action:

**SEE ATTACHED LIST**

[ X ] **VIA U.S. MAIL** - I deposited such envelope(s) with the United States Postal Service, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepared, in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

[ X ] **VIA FACSIMILE TRANSMISSION** - by use of facsimile machine, I served a copy of the document(s) on interested parties by transmitting by facsimile machine to said interested party. The facsimile machine I used complied with California Rules of Court, rule 2002, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration FAX No. (213) 217-5010 to the FAX number(s) listed next to such interested party. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.

[ ] **VIA PERSONAL DELIVERY** – by personally delivering a true copy to an agent authorized to accept service at the business office/ place of hearing, addressed as follows:

[ X ] **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

DATED: December 20, 2005

REZA SINA

---

Proof of Service

## ATTACHED LIST

Jared M. Katz, Esq.
LaBoeuf, Lamb, Greene & MacRae, LLP
725 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5404
Tel: (213) 955-7300
Fax: (213) 955-7399
**Counsel for Defendants**

Fred W. Reinke, Esq.
LaBoeuf, Lamb, Greene & MacRae, LLP
1875 Connecticut Ave NW Ste 1200
Washington, DC 20009-5715
Tel: (202) 986-8000
Fax: (202) 986-8102
**Counsel fro Defendants**

Vartkes Yeghiayan, Esq.
Yeghiayan & Associates
535 North Brand Boulevard, Suite 270
Glendale, California 91203
Telephone: (818) 242-7400
**Counsel for Kyurkjian Plaintiffs**

Mark. J. Geragos, Esq.
Shelley L. Kaufman, Esq.
Geragos & Geragos
350 S. Grand Ave, 39th floor
Los Angeles, CA 90071
**Counsel for Ouzounian Plaintiffs**