# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 3 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _____Snyder_____

From: __M Martinez__, Deputy Clerk   Date Received: __2/22/06__

Case No.: __CV 02-1750__   Case Title: __Kyurkjian v AXA__

Document Entitled: __(P) Supplemental declaration re notice of ex parte__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ Local Rule 11-3.1 | Document not legible | |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone and facsimile numbers | |
| ☐ Local Rule 11-4.1 | No copy provided for judge | |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than ten (10) Does or fictitiously named parties | |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover | |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages | |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents | |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies | |
| ☐ Local Rule 6.1 | Written notice of motion lacking or timeliness of notice incorrect | |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking | |
| ☐ Local Rule 56-2 | Statement of genuine issues of material fact lacking | |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking | |
| ☐ Local Rule 16-6 | Pretrial conference order not signed by all counsel | |
| ☐ FRCvP Rule 5(d) | No proof of service attached to document(s) | |

☒ Other: __Ex parte was submitted by discrepancy on 2/17/06 for lack of notice — Filed in__

☒ Priority
☒ Send
__ Clsd
__ Enter
__ JS-5/JS-6
__ JS-2/JS-3

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

__2/22/06__   __Christina A. Snyder__
Date           U.S. District Judge / U.S. Magistrate Judge

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

FEB 2 3 2006

_____   _____
Date        U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)   NOTICE OF DOCUMENT DISCREPANCIES

64

G:PO: U.S. GPO: 2005-785-501/39155