Name & Address:
Artin Gholian, SBN 258280
Kabateck Brown Kellner LLP
644 South Figueroa Street, Los Angeles CA 90017
Tel: (213) 217-5000; Fax: (213) 217-5010
ag@kbklawyers.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFIK KYURKJIAN, et al., individually and on behalf of all others similarly situated,<br><br>PLAINTIFF(S)<br>v.<br>AXA, S.A., et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 02-01750<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Exhibit B and Exhibit F to the Application for Partial Disbursement of Settlement Funds; Plaintiffs' Ex Parte Application To Seal Documents Pursuant to Local Rule 79-5; [Proposed] Order Regarding Plaintiffs' Ex Parte Application To Seal Documents Pursuant to Local Rule 79-5

**Document Description:**

- ☐ Administrative Record
- ☑ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☐ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

November 19, 2009
Date

/s/ Artin Gholian
Attorney Name

Plaintiffs
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).