KABATECK BROWN KELLNER LLP
BRIAN S. KABATECK, SBN 152054
644 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010
bsk@kbklawyers.com

GERAGOS & GERAGOS, APC
MARK J. GERAGOS, SBN 108325
SHELLEY KAUFMAN, SBN 100696
644 S. Figueroa Street
Los Angeles, California 90017
Telephone: (213) 625-3900
Facsimile: (213) 625-1600
mark@geragos.com

Attorneys for Plaintiffs and Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| KYURKJIAN, et al., individually and on behalf of all others similarly situated, | Case No. CV 02-01750 |
| | c/w: CV 05-02596 |
| | Judge: Hon. Christina A. Snyder |
| Plaintiffs, vs. | |
| AXA, S.A., et al., | **STATUS REPORT RE CHARITY DISTRIBUTIONS** |
| Defendants. | |
| and | |
| OUZOUNIAN, et al., individually and on behalf of all others similarly situated, | |
| Plaintiffs, vs. | |
| AXA, S.A., et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:

On behalf of the Class, and pursuant to the Court's March 24, 2010 Order, Class Counsel Mark J. Geragos and Brian S. Kabateck hereby submit the following status report regarding charity distributions.

## I. Introduction

On March 24, 2010, the Court ordered that the remainder of the $11,350,000.00 Claims Fund be assigned into the Community Fund for charitable distribution. [Doc.128]. The Court ordered that $952,317.34 be transferred to a trust account administered by Vartkes Yeghiayan, and that $1,904,634.68 be transferred to a trust account administered by Brian Kabateck and Mark Geragos. The Court then ordered Class Counsel to report to the Court the status of their charitable distributions by September 30, 2010.

## II. Status of Distributions

### A. Brian Kabateck and Mark Geragos' Charitable Distributions

Brian Kabateck and Mark Geragos have made the following charitable distributions:

| | |
|---|---|
| Tekeyan Cultural Association | $10,000 |
| Catholicassat de Touse le Armeniens | $50,000 |
| Ensemble Armenian Navasart | $5,000 |
| Association de Dames Armeniennes | $10,000 |
| Collectif VAN | $10,000 |
| Le Amis de la Fondation Marie Noubar | $5,000 |
| Assosiation ARAM | $10,000 |
| Loyola Law School | $200,000 |
| Counsel of Armenian Apostolic Church of Switzerland | $15,000 |
| Union Armenian of Switzerland | $15,000 |

| | |
|---|---:|
| Geneva's Ladies Committee | $5,000 |
| Foundation Diran et Charles Philipossian | $5,000 |
| Foundation Alliance Armenienne | $5,000 |
| Foundation Aremenofas | $5,000 |
| Foundation Saint Gregoire LIlluminateur | $5,000 |
| Armenia Foundation | $5,000 |
| Switzerland Armenian Association | $5,000 |
| Unione Armeni Italia | $15,000 |
| UGAB Milano | $5,000 |
| Hay Dun | $10,000 |
| Armenian Church of Milan | $15,000 |
| Serapian Foundation | $5,000 |
| Armenian Community Church Council | $20,000[1] |
| Total | $435,000 |

There remain $1,469,634.68 to be distributed from these funds.

### A. Vartkes Yeghiayan's Charitable Donations

The charitable funds designated for distribution by Vartkes Yeghiayan were transferred to a trust account under his exclusive control, and therefore Vartkes Yeghiayan will presumably submit to the Court his own report regarding the status of his distributions.

In addition, on August 17, 2007, the Court ordered $80,000 be transferred to a separate account controlled by Vartkes Yeghiayan for the sole purpose of publicizing the Class Action. [Doc. 98]. That Order also required that "all funds remaining in this newly created trust account be deposited into the Cost Fund once

---

[1] Class Counsel sent a letter offering this donation, but are still waiting for the organization to accept the offer.

3

1  the publicity campaign is successfully completed." *Id*.  This affects charitable
2  donations as well because according to the Settlement Agreement, the remainder of
3  the Cost Fund reverts into the Community Fund for additional charitable
4  distribution.  No information concerning the distribution of funds from this account
5  or the remainder has been filed with the Court.  In order to determine what
6  remaining funds may be distributed to charitable organizations, Class Counsel
7  Mark J. Geragos and Brian S. Kabateck hereby request that the Court order
8  Vartkes Yeghiayan to provide an accounting of these funds within 30 days.

10  DATED: September 30, 2010                    KABATECK BROWN KELLNER

                                                              /s/
12                                                   By: _____
                                                       BRIAN S. KABATECK

14                                                   and GERAGOS & GERAGOS, APC
                                                      Attorneys for Plaintiffs

4