VARTKES YEGHIAYAN, (SBN 41773)
**YEGHIAYAN LAW FIRM, P.C.**
A Professional Law Corporation
535 N. BRAND BLVD. SUITE 270
GLENDALE, CA 91203
Tel: (818) 242-7400
Fax: (818) 242-0114

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFIK KYURKJIAN, et al., individually and on behalf of all others similarly situated, <br>         Plaintiffs, <br>    vs. <br> AXA, S.A., et al., <br>         Defendants. <br> And <br> VASKEN OUZOUNIAN, et al., individually and on behalf of all others similarly situated, <br>         Plaintiffs, <br>    vs. <br> AXA, S.A., et al., <br>         Defendants. | Case No. 2:02-cv-01750-CAS-(Mcx) <br><br> **DECLARATION OF VARTKES YEGHIAYAN IN SUPPORT OF PLAINTIFF CLASS REPRESENTATIVES KRIKOR YIRIKIAN AND VAGRAM TOPAZHIKYAN'S MOTION TO APPOINT A SPECIAL MASTER TO AUDIT AXA SETTLEMENT FUND** <br><br> Hearing Date: July 18, 2011 <br> Time: 10:00 am <br> Location: Courtroom 5, 2nd Floor <br><br> Judge: Hon. Christina A. Snyder |

I, VARTKES YEGHIAYAN, declare**:**

1.      I am an attorney at law duly licensed to practice law in the State of California and admitted to practice before the U.S. District Court for the Central District of California. I am the founding member of the Yeghiayan Law Firm, an attorney of record and Co-Counsel for both Plaintiffs and the Class in the above-captioned case. I have personal knowledge of the facts stated herein, and if called as a witness, I would and could completely testify thereto.

**Background Facts of AXA Fund Mismanagement**

2.      Hundreds of complaints regarding mismanagement of the AXA Settlement Fund have been made to my office, mostly by telephone and e-mail, to specifically complain of the misconduct and unresponsiveness of the AXA Settlement Fund Administrator Parsegh Kartalian. Claimants are extremely upset with his remarks, ignorance, and lack of communication.

3.      Attached hereto as <u>Exhibit A</u> is a true and correct copy (both in Armenian and in English translated from Armenian) of a letter dated 6/30/2010 from the Ministry of Justice of the Republic of Armenia, as evidence of egregious and on-going complaints regarding the mismanagement of the fund by the Settlement Administrator, Mr. Kartalian who has been evading claimants' inquiries and is unresponsive and unaccountable.  For example the Ministry cites one instance of a daughter of an insurance policy holder being denied her claim, while her daughter (the grandchild of the holder) was awarded the very same claim.

4.      Attached hereto as <u>Exhibit B</u> are true and correct copies of emails dated 2/22/10 and 2/23/2010, 3/19/2010, 3/28/2010, 4/30/ 2010, 5/4/2010 from Tamara Shakaryan, Advisor to Minister of Justice Armenian Republic, not previously considered by this Court.

5.      Attached hereto as <u>Exhibit C</u> are true and correct copies of emails and letters dated throughout February, March, and April 2010 from claimants voicing concerns

1  and complaints regarding the claims administration of the AXA Settlement Fund,
2  not previously considered by this Court.

3  6.     In addition, I have expressed legitimate concerns that Co-Counsel's actions
4  in closing down the AXA Settlement Fund Office and sending the files to Co-
5  Counsel Mark Geragos' office without keeping me informed and without any
6  authorization from the Settlement Board was unfair to the claimants.  I was never
7  consulted or given opportunity to authorize additional storage.

8  7.     As early as 2007, I attempted through independent counsel, to resolve my
9  concerns regarding mismanagement of funds from the AXA Settlement Fund by
10 requesting accountings of payments made from the Trust Account and statements
11 from the Trust Account, which was established for the benefit of the claimants.
12 Without my consent and in violation of the Settlement Agreement, Co-Counsel
13 Kabateck and Geragos have managed the account alone, writing checks without my
14 signature for which I have not been given an accounting despite repeated requests.
15 Attached hereto as <u>Exhibit D</u> is a true and correct copy of a letter from attorney
16 Erica Tabachnick to Co-Counsel dated March 14, 2007 asking on my behalf for
17 notification of monthly account statements, and an accounting of all funds drawn by
18 the Co-counsel from the Trust Account.

19 8.     As early as June 2007, I alerted Co-Counsel Geragos and Kabateck of my
20 concerns, particularly the fact that I was not receiving statements from the Fund
21 bank accounts, that I was left off of the accounts as signatory, that there was no
22 indication to whom the interest was being paid for the money on deposit; that the
23 settlement was not properly publicized in a timely manner, the fact that the
24 settlement fund was improperly being used to finance unauthorized "costs" such as
25 trips to Paris and Berlin – where no obvious work for the Fund was done.  Attached
26 hereto as <u>Exhibit E</u> is a true and correct letter from me to Co-Counsel dated June
27 12, 2007 outlining concerns regarding Settlement funds being used as unauthorized
28 "costs" for trips to Europe by Co-Counsel, requesting that the bank accounts have

- 2 -

1  three firms' signatures rather than solely Co-Counsel Geragos' name, asking for an

2  accounting of over $3 million in unaccounted for checks.

3  9.      Attached hereto as <u>Exhibit F</u> is a true and correct copy of an email response

4  dated June 25, 2007 from Co-Counsel Kabateck agreeing that "Court intervention is

5  entirely appropriate" in this matter.

6  10.     I first questioned all-expense paid trips for Kabateck and Geragos by the

7  AXA Trust Account in 2007.  *See* Exhibit F.

8  11.     The AXA Trust Account was to have all three Plaintiffs' co-counsel as

9  account owners and signatories.  Attached hereto as <u>Exhibit G</u> is a true and correct

10  copy of an email from Shelley Kaufman dated December 6, 2005 regarding the

11  opening of the AXA Trust Account with three Co-Counsel as "joint account

12  holders".   However, since that time, Co-Counsel Kabateck and Geragos have

13  removed me as signatory and issued checks without my authorization.  See e.g.,

14  <u>Exhibit H</u> (check dated 2/16/06 from Geragos & Geragos AXA Settlement Advance

15  Fund to Geragos and Geragos).

16  12.     In February 2010 I was asked to be the signatory of another account entitled

17  Kabateck Brown Kellner LLP & Geragos & Geragos A Prof. Corp. ATF AXA

18  Settlement Fund.  *See* <u>Exhibit I</u> for a true and correct copy of the California Bank &

19  Trust Signature Card.  This time I refused to be a mere signatory requesting that I

20  should be one of the named account holders. To this day my requests have not been

21  complied with. I have not seen any bank statements nor copies of checks issued.

22  **The AXA Settlement Board's View on the Closing of the Fund**

23  13.     On February 5, 2011Class Co-Counsel, Brian Kabateck, sent an email to

24  Samuel Shnorhokian, Hilda Tchoboian, and Zaven Gabrielian, (collectively "the

25  Settlement Board"). In the email, Mr. Kabateck represented that this was the

26  Settlement Board's report and it would: (1) seek permission to pay claims to those

27  which the Board had awarded money; (2) pay fund Director Parsegh Kartalian a

28  $25,000 bonus; (3) pay a single claimant whose father died and did not cash his

check but who notified the Board; (4) seek permission to make charitable awards to French Armenian charities; and (5) "[c]lose the process, destroy non-historical files and papers and end the service of the Board". Mr. Kabateck also represented that the filing of this "report" accomplishing the aforementioned items might "eliminate the need for you [the Settlement Board] to come to Los Angeles". Mr. Kabateck also represented that if the Board approved, Parsegh Kartalian, the AXA Settlement Fund Administrator, could sign the report on our behalf. A true and correct copy of this February 5, 2011 email was forwarded to me by Samuel Shnorhokian and is attached hereto as <u>Exhibit J.</u>

14.     Attached to Mr. Kabateck's February 5, 2011 email to the AXA Settlement Board was a draft of a report titled "Final Status Report and Order Re Closing of the AXA Settlement Fund" that was purportedly drafted by Class Counsel but was to be Settlement Board's Report. The signature block had a space for Mr. Kartalian to sign on behalf of the Settlement Board.  Mr. Kabateck's February 5, 2011 email to the AXA Settlement Board indicated that the Settlement Board should look over the document, let him know of any changes, and Mr. Kartalian could sign on behalf of the Board and submit the Final Status Report. A true and correct copy of the Draft Final Status Report and Order Re Closing of the AXA Settlement Fund was forwarded to me by Samuel Shnorhokian and is attached hereto as <u>Exhibit K.</u>

15.     On February 14, 2011, Samuel Shnorhokian responded to Brian Kabateck's February 5, 2011 email on behalf of the AXA Settlement Board.  Mr. Shnorhokian indicated to Mr. Kabateck that there had been a telephonic AXA Board meeting on February 12, 2011 where they discussed his proposal regarding the closing of the Settlement Fund. A true and correct copy of Mr. Shnorhokian's February 14, 2011 email to Mr. Kabateck was forwarded to me by Samuel Shnorhokian and  is attached hereto as <u>Exhibit L.</u>  A true and correct signed copy of the Summary of the February 12, 2011 AXA Board Meeting by Call Conference was forwarded to me by Samuel Shnorhokian and is attached hereto as <u>Exhibit M.</u>

16.     On February 15, 2011 Mr. Kabateck responded to Mr. Shnorhokian's February 14, 2011email and stated again that "we" will re-draft the petition for the Court, the Board can review, and then Mr. Kartalian could sign it on behalf of the Board. A true and correct copy of this email was forwarded to me by Samuel Shnorhokian and is attached as Exhibit N.

17.     On February 22, 2011, Mr. Shnorhokian responded to Mr. Kabateck's February 15, 2011 email, and stated that the Board "needs a final meeting with the lawyers" and that the trip to Los Angeles would likely be at the end of April. A true and correct copy of this email was forwarded to me by Samuel Shnorhokian and is attached as Exhibit O.

18.     That same day, February 22, 2011, Mr. Kabateck responded to Mr. Shnohorkian's email.  A true and correct copy of this email from February 22, 2011, was forwarded to me by Samuel Shnorhokian and is attached as Exhibit P.

19.     On May 24, 2011 The Settlement Board transmitted a letter to the Court expressing their concern and displeasure at the claimant lists and bank account record production ordered by this Court from Mr. Geragos and Mr. Kabateck. A true and correct copy of this letter, to which I was also copied, from May 24, 2011 is attached as Exhibit Q.

20.     As Class Co-Counsel, in February 2011 I did not encourage the AXA Settlement Board to sign a Final Report ordering the closure of the Settlement Fund.

21.     In March 2011, a "Final Status Report and Order Re Closing of the AXA Settlement Fund" was filed with this Court as Docket Entry 135.  It was purportedly filed by "Class Counsel" and requested that $346,050.62 remained in the AXA Settlement Fund, the Fund should be closed, all non-historical documents should be destroyed. As Class Co-Counsel I took no part in the drafting of this report filed with the court.

///

- 5 -

**L.R. 7-3 Meet and Confer**

22.     I participated in a meet-and-confer email exchange with Class Co-Counsel,

Mark Geragos and Brian Kabateck beginning on May 26, 2011 pursuant to L.R. 7-3

I notified Mr. Geragos and Mr. Kabateck that I would be filing a motion seeking the

appointment of a Special Master to audit the AXA Settlement Fund. Mr.

Kabateck's colleague Richard Kellner responded to my email on Friday May 27,

2011 requesting more specific grounds for the motion.  I subsequently sent another

email that same day offering more detailed grounds for my motion.  Further, on

June 1, 2011 I had a telephone conversation with Richard Kellner where we

discussed the substance of the motion I would be filing.


I declare under penalty of perjury that the foregoing is true and correct.


Executed this 9th day of June, 2011, at Los Angeles, California.


                                            /s/Vartkes Yeghiayan
                                        Vartkes Yeghiayan, Esq.
                                        Attorney for Movants Krikor
                                        Yirikian, Vagram Topazhikyan
                                        and Class Counsel