# EXHIBIT F

# YAHOO! MAIL

Print - Close Window

**From:** "vartkes" <vartkesy@sbcglobal.net>

**To:**

**Subject:** Fw: AXA ISSUES

**Date:** Mon, 25 Jun 2007 17:27:43 -0700

Here is Brian's response

----- Original Message -----
**From:** Brian Kabateck
**To:** vartkes ; Mark Geragos
**Sent:** Monday, June 25, 2007 4:45 PM
**Subject:** RE: AXA ISSUES

Vartkes: I am not your employee. You letters are ridiculous. will get a response to your letter. I agree that Court intervention is entirely appropriate. I will be discussing this with my staff. Brian

**From:** vartkes [mailto:vartkesy@sbcglobal.net]
**Sent:** Monday, June 25, 2007 4:42 PM
**To:** Brian Kabateck; Mark Geragos
**Subject:** AXA ISSUES

Vartkes Yeghiayan
Yeghiayan Law Corporation
A Professional Law Corporation
535 N. Brand Boulevard, Suite 270
Glendale, California 91203
Tel: (818) 242-7400
Fax: (818) 242-0114
www.yaplc.com

**ExchangeDefender** Message Security: Check Authenticity

http://us.f807.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=423_18041582_42532... Exhibit F

1