UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV02-1750-CAS (Mcx); and CV11-3043-CAS(AGRx) | Date | August 20, 2012 |
|---|---|---|---|
| Title | OFIK KYURKJIAN, ET AL. V. AXA, S.A., ET AL.; and MARK J GERAGOS ET AL V. VARTKES YEGHIAYAN, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (In Chambers:) EX PARTE APPLICATION FOR AN ORDER QUASHING THE DEPOSITION OF BERJ BOYAJIAN, A NON-PARTY WITNESS

   The Court has reviewed and considered the Ex Parte Application for an Order Quashing the Deposition of Berj Boyajian, a Non-Party Witness and the Opposition of Class Counsel Vartkes Yeghiayan and Defendants Rita Mahdessian to Ex Parte Application of Berj Boyajian. Having carefully considered these filings, the Court hereby DENIES the *ex parte* application to quash the subpoena for the production of documents and the deposition of Berj Boyajian. Notwithstanding anything to the contrary contained in this order, the Court will be available to hear by telephone, and rule on, objections made in the course of the deposition. The Court may be reached at (213)-894-8551.

   Nothing herein is intended to prevent Boyajian from asserting the attorney-client or other privilege.

   IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |