1  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   Michael A. Geibelson, Bar No. 179970
3  MAGeibelson@rkmc.com
   2049 Century Park East, Suite 3400
4  Los Angeles, CA  90067-3208
   Telephone:  310-552-0130
5  Facsimile:   310-229-5800

6  Attorneys for Defendants
   VARTKES YEGHIAYAN; RITA MAHDESSIAN;
7  CENTER FOR ARMENIAN REMEMBRANCE;
   YEGHIAYAN LAW CORP., APC
8

9              UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  OFIK KYURKJIAN, *et al.*, individually and on behalf of all other similarly situated,<br>12<br>13                    Plaintiffs,<br>14      v.<br>   AXA, S.A., et al.,<br>15<br>                    Defendants.<br>16<br>17  MARK J. GERAGOS, *et al.*,<br>18                    Plaintiffs,<br>19      v.<br>   VARTKES YEGHIAYAN, *et al.*,<br>20<br>                    Defendants. | Case No. CV 02-01750 CAS (MCx)<br><br>**[PROPOSED]** **ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT AND [PROPOSED] PROTECTIVE ORDER**<br><br>Ctrm: 5<br>Before: Hon. Christina A. Snyder<br><br><br><br>Case No. 11-CV-03043 CAS(AGRx) |

60659204.1

PROPOSED ORDER

1  Upon consideration of the Parties' Stipulated Confidentiality Agreement and
2  [Proposed] Protective Order ("Protective Order"), and finding good cause thereon,
3  IT IS HEREEBY ORDERED that the terms of the Stipulated Confidentiality
4  Agreement and Protective Order shall govern the handling and disclosure of
5  documents, things, and information produced by First California Bank in this
6  action.

7
8  Dated: February 11, 2013

　　　　　　　　　　　　　　　　　*Christina A. Snyder* (signature)
9  　　　　　　　　　　　　　　　Christina A. Snyder
　　　　　　　　　　　　　　　　　United States District Judge