UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 02-1750 CAS (MCx)<br>CV11-3043-CAS(AGRx) | Date | July 18, 2013 |
|---|---|---|---|
| Title | *OFIK KYURKJIAN, ET AL. v. AXA, ET AL.*<br>*MARK J. GERAGOS, ET AL.v. VARTKES YEGHIAYAN, ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark Geragos<br>Brian Kabateck | Roman Silberfeld |

**Proceedings:**   **TELEPHONIC STATUS CONFERENCE**

Hearing held telephonically and counsel are present. The Court confers with counsel, as stated on the record. The Court hereby stays the above-referenced actions and orders that these actions removed from this Court's active caseload until further application by the parties or order of this Court. The pending motions are off calendar, subject to being re-noticed by the parties. The Court further orders the transcript of this hearing sealed.

The Court sets a Telephonic Further Status Conference on **October 23, 2013** at **12:00 P.M. (Noon)**. All parties are ordered to discuss the matter with their clients and opposing counsel prior to the telephone conference. Counsel for **PLAINTIFF** is ordered to initiate the telephone conference call **THROUGH THE TELEPHONE OPERATOR** to include all counsel of record, and **CHAMBERS at (213) 894-8551** on the date and time scheduled. If the Court's conference line is busy, continue to try to connect, the Court may be finalizing a previous conference call. Counsel shall be available 30 minutes prior and 30 minutes after the time scheduled for the telephone conference.

NOTE: During the telephonic hearing, counsel must identify themselves before they speak for the benefit of the Court and the Court Reporter.

|  | 00 | : | 08 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |