UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     'O'

| Case No. | 2:02-cv-01750-CAS(Mcx) | Date | June 18, 2014 |
|---|---|---|---|
| Title | OFIK KYURKJIAN, ET AL. V. AXA, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants

Not Present     Not Present

**Proceedings:**     **(In Chambers:)** ORDER RE: BERJ BOYAJIAN

By order dated April 21, 2014, the Court approved a stipulation by counsel regarding the award of attorneys' fees in this case. Dkt. 371. This order stated that the Court may refer Berj Boyajian to the State Bar of California for further investigation into potential misconduct. The Court subsequently directed counsel to file reports discussing whether Mr. Boyajian should be referred to the State Bar of California. Dkt. 371. These reports were filed on May 14, 2014, dkt. 375, June 10, 2014, dkt. 377, and June 18, 2014, dkt. 379. On the record before it, the Court determines that a referral should not be made at this time.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |